AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alito, Samuel A | United States Supreme Court | 7/21/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Supreme Court <br> 1 First Street, NE <br> Washington, DC 20544 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Association of the Federal Bar of New Jersey |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A | 7/21/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 3/2/2007 | University of Alabama - Teaching | $ 4,500.00 |
| 2. 9/12/2007 | Pepperdine University - Teaching | $ 15,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Palm Beach Bar Association | January 25-27, 2007 | Palm Beach, Florida | Speaking Engagements | Transportation, meals, hotel |
| 2. | University of Virginia | February 7-8, 2007 | Charlottesville, VA | Speaking Engagement | Hotel and meals |
| 3. | University of Alabama Law School | February 12-14, 2007 | Tuscaloosa, AL | Albritton Lecture | Transportation, meals, hotel |
| 4. | Tampa Bay Bar Association | March 7-12, 2007 | Tampa, Florida | Speaking Engagements | Transportation, meals, hotel |
| 5. | Duquesne University Law School | April 4-5, 2007 | Pittsburgh, PA | Speaking Engagement | Transportation and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A | 7/21/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | University of Pittsburgh | April 5-6, 2007 | Pittsburgh, PA | Ribbon Cutting Ceremoney | Hotel and meals |
| 7. | Yale Law School | May 7-8, 2007 | New Haven, CT | Moot Court | Transportation, hotel and meals |
| 8. | St. Mary's College | May 18-19, 2007 | Notre Dame, IN | Commencement Speech | Transportation, hotel and meals |
| 9 | Pepperdine University | July 28-August 13, 2007 | Malibu, CA | Teaching | Transportation, lodging, meals |
| 10. | Rimini Meeting | August 16-25, 2007 | Italy | Speaking Engagements | Transportation, lodging, meals |
| 11. | Indiana University Law School | September 13-15, 2007 | Indianapolis, IN | Conference | Transportation, lodging, meals |
| 12. | Council of Chief Judges, State Court of Appeals | October 17-19, 2007 | New Orleans, LA | Speaking Engagement | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A | 7/21/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Vincent Kickerillo | Italian food and wine | $ 500.00 |
| 2. | (Mr. Kickerillo is a friend, and it is not likely that he will appear before this Court.) | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A | 7/21/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Savings Bonds Series EE | | None | L | T | | | | | |
| 2. Vang. Tax Ex. Mny. Mkt. Fund | A | Interest | K | T | | | | | |
| 3. Vang.Inter.Term Tax Ex. Fund | C | Interest | J | T | | | | | See note in Part VIII |
| 4. Vang. Ins. L. T. Tax Ex. Fund | A | Interest | J | T | | | | | |
| 5. Vang. Star Mut. Fund | B | Dividend | K | T | | | | | |
| 6. Vang. Wellington Mut. Fund | D | Dividend | M | T | | | | | |
| 7. Smith Barney Money Funds Cash Port. | A | Dividend | J | T | | | | | |
| 8. PNC Bank Account | | None | J | T | | | | | |
| 9. Vang. NJ Tax Ex. Mny Mkt. | A | Interest | | | Closed | | | | |
| 10. Vang. NJ Ins.L. T. Tax Ex. Fund | A | Interest | | | Sell | 4/23 | J | A | |
| 11. Vang. Small Cap. Stock Fund | B | Dividend | L | T | Part Sell | 4/23 | J | D | |
| 12. Vang. Total Stock Mkt. Index F. | B | Dividend | M | T | | | | | |
| 13. Windsor II | C | Dividend | K | T | | | | | |
| 14. Fidelity Eq.-Inc. II Fund | B | Dividend | K | T | Part Sell | 4/23 | K | A | |
| 15. Windsor II | B | Dividend | L | T | Part Sell | 12/27 | J | B | |
| 16. INTC Common Stock | B | Dividend | | | Sell | 4/19 | K | D | |
| 17. Vang. Tax Ex. Mny. Mkt. | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Alito, Samuel A | 7/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vang. Tax Ex. Mny Mkt. | A | Interest | K | T | | | | | |
| 19. DIS Common Stock | A | Dividend | J | T | | | | | |
| 20. Vang. Inter.-Term. Bond Index F. | A | Dividend | K | T | Part Sell | 7/30 | K | A | also part sell on 12/28 |
| 21. Citibank Deposit Program | A | Interest | J | T | | | | | |
| 22. BMY Common Stock | A | Dividend | J | T | Part Sell | 4/19 | J | B | |
| 23. MCD Common Stock | A | Dividend | K | T | Sell | 4/19 | K | E | |
| 24. XOM Common Stock | B | Dividend | M | T | Part Sell | 4/23 | M | F | |
| 25. PNC Bank Account | | None | J | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| (See Column C2) | U –Book Value | V –Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A | 7/21/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Under Part VII, line 3 (Vang. Inter.Term Tax Ex. Fund) was listed as "sold"on last year's report. This was a sale of some but not all of the shares, as shown by the value code regarding the amount retained at the end of the period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 |
| Rev. 1/2008 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alito, Samuel A | United States Supreme Court | 05/08/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Supreme Court <br> 1 First Street, NE <br> Washington, DC 20544 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Association of the Federal Bar of New Jersey |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 15 P 12: 0 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A | 05/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1  3/2/2007 | University of Alabama - Teaching | $ 4,500.00 |
| 2  9/12/2007 | Pepperdine University - Teaching | $ 15,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3 | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Palm Beach Bar Association | January 25-27, 2007 | Palm Beach, Florida | Speaking Engagements | Transportation, meals, hotel |
| 2. | University of Virginia | February 7-8, 2007 | Charlottesville, VA | Speaking Engagement | Hotel and meals |
| 3. | University of Alabama Law School | February 12-14, 2007 | Tuscaloosa, AL | Albritton Lecture | Transportation, meals, hotel |
| 4. | Tampa Bay Bar Association | March 7-12, 2007 | Tampa, Florida | Speaking Engagements | Transportation, meals, hotel |
| 5. | Duquesne University Law School | April 4-5, 2007 | Pittsburgh, PA | Speaking Engagement | Transportation and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A | 05/08/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | University of Pittsburgh | April 5-6, 2007 | Pittsburgh, PA | Ribbon Cutting Ceremoney | Hotel and meals |
| 7. | Yale Law School | May 7-8, 2007 | New Haven, CT | Moot Court | Transportation, hotel and meals |
| 8 | St. Mary's College | May 18-19, 2007 | Notre Dame, IN | Commencement Speech | Transportation, hotel and meals |
| 9. | Pepperdine University | July 28-August 13, 2007 | Malibu, CA | Teaching | Transportation, lodging, meals |
| 10. | Rimini Meeting | August 16-25, 2007 | Italy | Speaking Engagements | Transportation, lodging, meals |
| 11. | Indiana University Law School | September 13-15, 2007 | Indianapolis, IN | Conference | Transportation, lodging, meals |
| 12. | Council of Chief Judges, State Court of Appeals | October 17-19, 2007 | New Orleans, LA | Speaking Engagement | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A | 05/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Vincent Kickerillo | Italian food and wine | $ 500.00 *(approximate)* |
| 2. | (Mr. Kickerillo is a friend, and it is not likely that he will appear before this Court.) | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  US Savings Bonds Series EE | | None | L | T | | | | | |
| 2.  Vang. Tax Ex. Mny. Mkt. Fund | A | Interest | K | T | | | | | |
| 3.  Vang. Inter. Term Tax Ex. Fund | C | Interest | J | T | | | | | See note in Part VIII |
| 4.  Vang. Ins. L. T. Tax Ex. Fund | A | Interest | J | T | | | | | |
| 5.  Vang. Star Mut. Fund | B | Dividend | K | T | | | | | |
| 6.  Vang. Wellington Mut. Fund | D | Dividend | M | T | | | | | |
| 7.  Smith Barney Money Funds Cash Port. | A | Dividend | J | T | | | | | |
| 8.  PNC Bank Account | | None | J | T | | | | | |
| 9.  Vang. NJ Tax Ex. Mny Mkt. | A | Interest | | | Closed | | | | |
| 10.  Vang. NJ Ins. L. T. Tax Ex. Fund | A | Interest | | | Sell | 4/23 | J | A | |
| 11.  Vang. Small Cap. Stock Fund | B | Dividend | L | T | Part Sell | 4/23 | J | D | |
| 12.  Vang. Total Stock Mkt. Index F. | B | Dividend | M | T | | | | | |
| 13.  Windsor II | C | Dividend | K | T | | | | | |
| 14.  Fidelity Eq.-Inc. II Fund | B | Dividend | K | T | Part Sell | 4/23 | K | A | |
| 15.  Windsor II | B | Dividend | L | T | Part Sell | 12/27 | J | B | |
| 16.  INTC Common Stock | B | Dividend | | | Sell | 4/19 | K | D | |
| 17.  Vang. Tax Ex. Mny. Mkt. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   Vang. Tax Ex. Mny Mkt. | A | Interest | K | T | | | | | |
| 19.   DIS Common Stock | A | Dividend | J | T | | | | | |
| 20.   Vang. Inter.-Term. Bond Index F. | A | Dividend | K | T | Part Sell | 7/30 | K | A | also part sell on 12/28 |
| 21.   Citibank Deposit Program | A | Interest | J | T | | | | | |
| 22.   BMY Common Stock | A | Dividend | J | T | Part Sell | 4/19 | J | B | |
| 23.   MCD Common Stock | A | Dividend | K | T | Part Sell | 4/19 | K | E | |
| 24.   XOM Common Stock | B | Dividend | M | T | Part Sell | 4/23 | M | F | |
| 25.   PNC Bank Account | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Under Part VII, line 3 (Vang. Inter.Term Tax Ex. Fund) was listed as "sold"on last year's report. This was a sale of some but not all of the shares, as shown by the value code regarding the amount retained at the end of the period.

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A | 05/08/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544